**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SHANA BRYANT**                                                                                               **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 5:08cv00236-DCB-JMR**

**WAL-MART STORES, INC.**                                                                             **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **SHANA BRYANT**, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants Wal-Mart Stores, Inc., joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the ____8th____ day of ___October_____, 2009.


                                                                    ____s/ David Bramlette_____
                                                                    **UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:


 s/ *David M. Sessums*_____
David M. Sessums (MSB #6714)
Attorney for Plaintiff

  s/ *Thomas M. Louis*_____
Thomas M. Louis (MSB #8484)
Attorney for Defendant